IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                            Plaintiff

vs.                                                                        COURT NO. 5:01cr15bRS-003

CHADWICK LYNN ENGLE                                                                 Defendant
a/k/a Chadwick L. Smearman

ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on Motion (#60) of the United States of America in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine imposed on February 4, 2002, in this cause; the Court has considered the Motion and finds that it is well taken and should be granted.

Wherefore, all of the unpaid portion of the fine imposed on February 4, 2002, is hereby remitted.

SO ORDERED this the   23rd   day of August , 2012.

                                                   s/David Bramlette
                                                  HONORABLE DAVID C. BRAMLETTE, III
                                                  UNITED STATES DISTRICT COURT JUDGE