IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

United States of America                                                                    Plaintiff

vs.                                                              Criminal Action No.5:01CR15BRS-002

Isaac Robert Gerken                                                                        Defendant

ORDER GRANTING UNITED STATES MOTION
FOR REMISSION ON FINE

This cause came on for consideration on Motion of the United States of America (#62) in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine imposed on April 8, 2002, in this cause; and the Court being advised, is of the opinion that the United States' Motion is well taken and all of the unpaid portion of the fine imposed on April 8, 2002, is hereby remitted.

SO ORDERED this the 27th day of November, 2012.

 s/David Bramlette
DAVID C. BRAMLETTE, III
UNITED STATES DISTRICT JUDGE